# Court of Appeals
# of the State of Georgia

ATLANTA,   September 21, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0016. JAMES T.L. ROBERTS v. JP MORGAN CHASE BANK NATIONAL ASSOCIATION et al.**

James T.L. Roberts sued JP Morgan Chase Bank National Association and Associated Credit Union. Associated Credit Union filed a motion to dismiss, which the trial court granted on August 13, 2015. The court entered a certificate of immediate review on Tuesday, August 25, and Roberts filed this application for interlocutory review. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007).  Here, the certificate of immediate review was entered 12 days after the order was entered. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal. Associated Credit Union's motion to dismiss is hereby GRANTED, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/21/2015
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*